————o————

## BRADLEY H. THOMPSON vs. EDWARD SHAW.

*Trover—Sunday Hiring—Necessity.*

Plaintiff kept a livery stable in Detroit. Defendant hired a horse of plaintiff on Sunday. Plaintiff testified that defendant said that he was going to a funeral. Defendant testified that he hired the horse till 6 p.m.,

and that the funeral was but incidentally involved in the transaction.

Defendant took a ride up to Grosse Pointe.   On his return, while the lady with him was driving, the horse stepped through a defective bridgeway, and received injuries which caused its death.

The Court, WALKER, J., charged the jury, saying (among other things) that if defendant hired the horse to take him to a funeral, and went elsewhere, it was a conversion, and plaintiff is entitled to a verdict for the value of the horse.   Attending a funeral on Sunday is in harmony with the statute allowing works of neces- sity and mercy to be done on Sunday.

(A. D., 1868.)